DINA L. SANTOS, Bar #204200
A Professional Law Corp.
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
Jose Miguel Cruz-Salcido

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CRS 12-346 JAM |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER VACATING |
| v. ) | DATE, CONTINUING CASE, AND |
| ) | EXCLUDING TIME |
| JOSE MIGUEL CRUZ-SALCIDO ) | |
| Defendant. ) | |
| ) | Date: Dec. 11, 2012 |
| _____ ) | Time: 9:45 a.m. |
| ) | Judge: Hon. Mendez |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Todd Leras, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Jose Miguel Cruz-Salcido, that the status conference scheduled for December 11, 2012, be vacated and the matter be continued to this Court's criminal calendar on January 29, 2013, at 9:45 a.m, for further status.

This continuance is requested by the defense in order to permit further client consultation, review of the initial production of discovery and to conduct investigation in preparation for Mr. Cruz-Salcido's defense.

1 **IT IS FURTHER STIPULATED** that time for trial under the Speedy
2 Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
3 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
4 ends of justice served in granting the continuance and allowing the
5 defendant further time to prepare outweigh the best interests of the
6 public and the defendant in a speedy trial.

7 The Court is advised that all counsel have conferred about this
8 request, that they have agreed to the January 29, 2013 date, and that
9 Mr. Leras has authorized Ms. Santos to sign this stipulation on his
10 behalf.

11 **IT IS SO STIPULATED**.

12

13 Dated: Dec. 5, 2012                    /S/ Dina L. Santos
                                          DINA L. SANTOS
14                                         Attorney for Defendant
                                          Jose Miguel Cruz-Salcido
15

16 Dated: Dec. 5, 2012                    /S/ Todd Leras
                                          TODD LERAS
17                                         Assistant United States Attorney
                                          Attorney for Plaintiff
18

19                              **O R D E R**

20    **IT IS SO ORDERED**.

21             By the Court,

22

23 Dated: Dec. 5, 2012                    /s/ John A. Mendez
                                          Hon. John A. Mendez
24                                         United States District Court Judge

25

26

27

28

Stipulation and Order                     2