DINA L. SANTOS, Bar #204200
A Professional Law Corp.
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
Jose Miguel Cruz-Salcido

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE MIGUEL CRUZ-SALCIDO <br> Defendant. | No. CRS 12-346 JAM <br><br> STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME <br><br> Date: May 21, 2013 <br> Time: 9:45 a.m. <br> Judge: Hon. Mendez |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Todd Leras, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Jose Miguel Cruz-Salcido, that the status conference scheduled for April 23, 2013, be vacated and the matter be continued to this Court's criminal calendar on May 21, 2013 at 9:45 a.m, for further status/possible change of plea.

This continuance is requested by both parties to allow the defense to continue in negotiations with the government, continue the review of discovery, and to conduct investigation necessary for Mr. Cruz-Salcido's defense.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the May 21, 2013 date, and that Mr. Leras has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: April 19, 2013          /S/ Dina L. Santos
                               DINA L. SANTOS
                               Attorney for Defendant
                               Jose Miguel Cruz-Salcido

Dated: April 19, 2013          /S/ Todd Leras
                               TODD LERAS
                               Assistant United States Attorney
                               Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: April 19, 2013          /s/ John A. Mendez
                               Hon. John A. Mendez
                               United States District Court Judge

Stipulation and Order          2