1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Ste 10-100
   Sacramento, CA 95814
4  Telephone (916) 554-2918

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA      ) CR. NO. 2:12-cr-0346 JAM
                                 )
12              Plaintiff,        )
                                 ) STIPULATION AND ORDER
13        v.                     ) TO CONTINUE STATUS CONFERENCE
                                 )
14 JOSE MIGUEL CRUZ SALCIDO,     )
                                 )
15              Defendant.       )
                                 )
16 _____ )

17

18      The United States of America, through Assistant United States

19 Attorney Todd D. Leras, and the defendant Jose Cruz Salcido,

20 through his counsel, Dina L. Santos, stipulate and agree to continue

21 the status conference, scheduled for June 25, 2013, to July 9, 2013,

22 at 9:45 a.m.

23      The government has recently provided defense counsel with a

24 written Plea Agreement.  A continuance of the status conference is

25 requested by both parties to allow the defense an opportunity to

26 review the terms of the proposed Plea Agreement.  In addition,

27 defense counsel needs to make arrangements to have a certified

28 Spanish interpreter read the entire Plea Agreement and its attached

1 | factual basis to Mr. Cruz Salcido.

2 |      The additional time is therefore needed for attorney

3 | preparation and to provide sufficient time for defense counsel to

4 | advise her client on an appropriate course of action in the case.

5 | Both parties request that time be excluded pursuant to 18 U.S.C. §

6 | 3161(h)(7)(B)(iv) - Local Code T-4 (attorney preparation and

7 | continuity of counsel).  The parties agree to an exclusion of time

8 | for the reasons stated above up to and including July 9, 2013.

9 |      Dina Santos has authorized Assistant U.S. Attorney Todd Leras

10 | to sign this stipulation on her behalf.

                                    Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATED: June 21, 2013           By: /s/ Todd D. Leras
                                    TODD D. LERAS
                                    Assistant U.S. Attorney


DATED: June 21,  2013          By: /s/ Todd D. Leras for
                                    DINA L. SANTOS
                                    Attorney for Defendant

1

## ORDER

2      Good cause having been shown, it is hereby ordered that the

3 status conference currently scheduled for June 25, 2013, is

4 continued to July 9, 2013, at 9:45 a.m.  Based on the representation

5 of the parties, the Court finds that the ends of justice served by

6 granting the continuance outweigh the best interest of the public

7 and the defendant in a speedy trial.  Time under the Speedy Trial

8 Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(4) and Local

9 Code T-4 up to and including July 9, 2013.

10

11 DATED: June 21, 2013

                              /s/ John A. Mendez_____
12                            HONORABLE JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28