DINA L. SANTOS, Bar #204200
A Professional Law Corp.
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
Jose Miguel Cruz-Salcido



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CRS 12-346 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER VACATING |
| v. | ) | DATE, CONTINUING CASE, AND |
| | ) | EXCLUDING TIME |
| JOSE MIGUEL CRUZ-SALCIDO | ) | |
| Defendant. | ) | |
| | ) | Date: Aug. 27, 2013 |
| _____ | ) | Time: 9:45 a.m. |
| | ) | Judge: Hon. Mendez |


**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Todd Leras, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Jose Miguel Cruz-Salcido, that the status conference scheduled for August 13, 2013, be vacated and the matter be continued to this Court's criminal calendar on August 27, 2013 at 9:45 a.m, for further status/possible change of plea.

This continuance is requested by both parties to allow the defense to provide additional information to the Government that may affect the guideline calculation, and for the parties to continue in negotiations.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the August 27, 2013 date, and that Mr. Leras has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED**.

Dated: Aug. 9, 2013        /S/ Dina L. Santos
                           DINA L. SANTOS
                           Attorney for Defendant
                           Jose Miguel Cruz-Salcido

Dated: Aug. 9, 2013        /S/ Todd Leras
                           TODD LERAS
                           Assistant United States Attorney
                           Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: 8/9/2013            /s/ John A. Mendez
                           Hon. John A. Mendez
                           United States District Court Judge

Stipulation and Order                 2